# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.   CASE NO. 25-40004-TC

**JOSEPH DONALD DUBE,**

        Defendant.

## SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**SEXUAL EXPLOITATION OF A MINOR- POSSESSION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252(a)(4)(B)]**

On or about December 30, 2024, in the District of Kansas, the defendant,

**JOSEPH DONALD DUBE,**

did knowingly possess and knowingly access with intent to view at least one (1) matter which contained any visual depiction of minors, that involved prepubescent minors and minors who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer and

was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, § 2256, and such visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B), with reference to Title 18 United States Code, § 2252(b)(2).

## FORFEITURE NOTICE

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code, § 2253.

2. Upon conviction of the offense set forth in Count 1, Possession of Child Pornography, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

   A. Seagate 2TB HDD SN-00000000NABKLQ8N Sha1-9e7cd820da4dbf6c9cfa31368275abfaa11e27a4.

   B. Seagate 2TB HDD SN-00000000NAEA46XD Sha1-29c1add0daa501c4799f134a4cc066fd

C. White Seagate 320GB HDD SN-2GE6XZR5 Sha1-11ea5bf4-4c421647a9cecb08d79bf50404246fe4

D. Lenovo Thinkbook containing a 256GB Samsung Solid State Drive SN-0025_38AA_01D3_9500 Sha1-4ec8c40b4312d302fe9c05d557e957522cad9879

E. Toshiba Laptop containing a 500GB Hitachi HDD SN-120825TEJ51139CMR1UP Sha1-d4b6e6bcfff0bc3388cf4314f5eda49200b34e48

A TRUE BILL.

02/05/2025                              s/Foreperson
DATE                                    FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
Acting UNITED STATES ATTORNEY

By: /s/ *Stephen A. Hunting*
STEPHEN A. HUNTING
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas  66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: stephen.hunting@usdoj.gov
Ks. S. Ct. No. 21648

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

# **PENALTIES**

## **Count One: 18 U.S.C. § § 2252(a)(4)(B) & 2252(b)(2)**

- NMT 10 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $17,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

If the defendant is found to have possessed any matter that involved prepubescent minors or minors who have not attained 12 years of age the penalties are:

- NMT 20 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $17,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward:

- NLT 10 years and NMT 20 years imprisonment
- NMT $250,000 fine

- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $17,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee
- Forfeiture.